# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALAN BRUMFIELD

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2023 CW 0374

**JULY 28, 2023**

---

In Re:    Alan Brumfield, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 714798.

---

**BEFORE:   HOLDRIDGE, CHUTZ, AND PENZATO, JJ.**

**WRIT DENIED.**   Relator, Alan Brumfield, filed with this
court a motion to compel the Department of Public Safety and
Corrections to comply with the prior order of this court in
**Brumfield v. Louisiana Dep't of Pub. Safety & Corr.**, 2022-0869
(La. App. 1st Cir. 12/22/22), 358 So.3d 70, 76.  This court is a
court of review, not first impression.  Relator must file his
motion and seek relief with the district court.

**GH**
**WRC**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT